IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**SONIA MARTINEZ-TOSAR, et. als.,**
**Plaintiffs,**

    v.                                                            CIVIL NO. 02-1552 (DRD)

**RICARDO ARROYO-ARROYO, et al.,**
**Defendants**

| MOTION | RULING |
|---|---|
| **Date Filed:** 06/22/05     **Docket #72**<br>[X] **Plff**                 [X] **Deft**<br>[ ] **Other**<br><br>**Title:** JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE | **GRANTED**. Parties in this case reached a private settlement agreement. Because both Plaintiffs, Sonia Martinez Tosar, et al., and Defendants, Ricardo Arroyo Arroyo, et al., have appeared and requested dismissal, the Court hereby **grants** their request, pursuant to Fed.R.Civ.P. 41(a)(1)(ii). As requested by the parties the instant action is dismissed without the imposition of cost, expenses and/or attorney's fees. Judgement shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 24th day of June 2005.

                                                **S/DANIEL R. DOMINGUEZ**
                                                **DANIEL R. DOMINGUEZ**
                                                **U.S. DISTRICT JUDGE**